RECEIVED
JUL 1 8 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEMORIUS L. ANDERSON, Petitioner | CIVIL ACTION NO. 1:19-CV-399-P |
| VERSUS | JUDGE DEE D. DRELL |
| CALVIN JOHNSON, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the Objection filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 Petition is hereby DISMISSED WITH PREJUDICE as to the jurisdictional issue, but WITHOUT PREJUDICE as to the merits of Petitioner's claims.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 17th day of July, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE